IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBORAH ALEXANDER | : | CIVIL ACTION |
| v. | : | |
| MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security | :<br><br>: | <br><br>NO. 09-295 |

## O R D E R

AND NOW, this 16th day of December, 2009, upon consideration of plaintiff's request for review, defendant's response, plaintiff's objections thereto and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Plaintiff's request for review is DENIED and judgment is entered in favor of the Commissioner and against the plaintiff.

                                                *s/Thomas N. O'Neill, Jr.*
                                                THOMAS N. O'NEILL, JR.,    J.